Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

>    Case No.: 17−29393−RG
>    Chapter: 13
>    Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Otis S Goulbourne
   660 Mill Street
   Belleville, NJ 07109

Social Security No.:
   xxx−xx−2310

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:           12/6/17
Time:           09:00 AM
Location:        Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.


Dated: October 13, 2017
JAN: dlr

>    Jeanne Naughton
>    Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:
Otis S Goulbourne
    Debtor

Case No. 17-29393-RG
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2     Date Rcvd: Oct 13, 2017
                           Form ID: 132     Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2017.
```
db             +Otis S Goulbourne,    660 Mill Street,    Belleville, NJ 07109-1353
517084791      +Affinity Federal Credit Union,    2 Crossroads Drive, PO Box 750,    Bedminister, NJ 07921-1562
517084794      +Belleville Township,    152 Washington Avenue,    Belleville, NJ 07109-2589
517084796     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,     15000 Capital One Dr,    Richmond, VA 23238)
517084799      +Capital One,    PO Box 85147,    Richmond, VA 23276-0001
517084797      +Capital One,    PO Box 85617,    Richmond, VA 23285-5617
517084795      +Capital One,    Attn: Bankruptcy,    P0 Box 30253,    Salt Lake City, UT 84130-0253
517084800      +CitiMortgage,    PO Box 790001,    Saint Louis, MO 63179-0001
517084801      +Citimortgage,    PO Box 183040,    Columbus, OH 43218-3040
517084802       Citimortgage,    100 Technology Drive,    O Fallon, MO 63368
517084804      +Citimortgage Inc,    P0 Box 9438,    Gaithersburg, MD 20898-9438
517084803       Citimortgage Inc,    Attn: Bankruptcy,    P0 Box 6423,    Sioux Falls, SD 57117
517084807      +KML Law Group,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
517084808      +KML Law Group PC,    216 Hadden Avenue,    Suite 406,    Westmont, NJ 08108-2812
517084811      +Midfirst Bank,    999 North West Grand Blvd.,    Oklahoma City, OK 73118-6051
517084810      +Midfirst Bank,    PO Box 268950,    Oklahoma City, OK 73126-8950
517084814      +Midland Mortgage Company,    999 Nw Grand Blvd,    Oklahoma City, OK 73118-6051
517084813      +Midland Mortgage Company,    Attn: Customer Service,    P0 Box 26648,
                Oklahoma City, OK 73126-0648
517084815       Midland Mortgage Inc LLC,    PO Box 26648,    Oklahoma City, OK 73126-0648
517084816       Midland Mortgage Inc.,    PO Box 268888,    Oklahoma City, OK 73126-8888
517084817      +Midland Mortgage LLC,    PO Box 18187,    Oklahoma City, OK 73154-0187
517084818      +New Hampshire Higher Education,    Attn: Bnakruptcy,    4 Barrell Court,    Concord, NH 03301-8543
517084819      +New Hampshire Higher Education,    P0 Box 3420,    Concord, NH 03302-3420
517084823       PSEG,    P0 Box 14106,    New Brunswick, NJ 08906
517084820       PSEG,    PO Box 14104,    New Brunswick, NJ 08906-4104
517084829      +Township of Belleville,    152 Washington Avenue,    Belleville, NJ 07109-2589
517084828      +Township of Belleville,    Attn: water / sewer department,    152 Washington Avenue,
                Belleville, NJ 07109-2589
517113940      +U.S Department of HUD,    451 7th Street SW,    Washington, DC 20410-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 13 2017 23:33:35     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 13 2017 23:33:31     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
517084789      +E-mail/Text: bankruptcycare@affinityfcu.com Oct 13 2017 23:33:06     Affinity Fcu,
                73 Mountainview Blvd,    Basking Ridge, NJ 07920-2332
517084792      +E-mail/Text: bankruptcycare@affinityfcu.com Oct 13 2017 23:33:06
                Affinity Federal Credit Union,    PO Box 621,    Basking Ridge, NJ 07920-0621
517084793      +E-mail/Text: bankruptcycare@affinityfcu.com Oct 13 2017 23:33:06
                Affinity Federal Credit Union,    73 Mountain View Boulevard,    Basking Ridge, NJ 07920-2332
517084790      +E-mail/Text: bankruptcycare@affinityfcu.com Oct 13 2017 23:33:06
                Affinity Federal Credit Union,    73 Mountainview Blvd,    Basking Ridge, NJ 07920-2332
517084806      +E-mail/PDF: creditonebknotifications@resurgent.com Oct 13 2017 23:29:38     Credit One Bank Na,
                Po Box 98872,    Las Vegas, NV 89193-8872
517084805      +E-mail/PDF: creditonebknotifications@resurgent.com Oct 13 2017 23:35:15     Credit One Bank Na,
                P0 Box 98873,    Las Vegas, NV 89193-8873
517084822      +E-mail/Text: bankruptcy@pseg.com Oct 13 2017 23:32:37     PSEG,    PO Box 490,
                Cranford, NJ 07016-0490
517084821       E-mail/Text: bankruptcy@pseg.com Oct 13 2017 23:32:37     PSEG,    PO Box 790,
                Cranford, NJ 07016-0790
517084824      +E-mail/PDF: gecsedi@recoverycorp.com Oct 13 2017 23:29:04     Synchrony Bank,
                Attn: Bankruptcy,    P0 Box 965060,    Orlando, FL 32896-5060
517084827      +E-mail/PDF: gecsedi@recoverycorp.com Oct 13 2017 23:29:19     Synchrony Bank,    PO Box 960013,
                Orlando, FL 32896-0013
517084826      +E-mail/PDF: gecsedi@recoverycorp.com Oct 13 2017 23:29:19     Synchrony Bank,    PO Box 965013,
                Orlando, FL 32896-5013
517084825      +E-mail/PDF: gecsedi@recoverycorp.com Oct 13 2017 23:29:04     Synchrony Bank,    P0 Box 965005,
                Orlando, FL 32896-5005
                                                                                              TOTAL: 14
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517084798*    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,     PO Box 85015,    Richmond, VA 23285-5015)
517084809*     +KML Law Group PC,    216 Hadden Avenue,    Suite 406,    Westmont, NJ 08108-2812
517084812*     +Midfirst Bank,    PO Box 268950,    Oklahoma City, OK 73126-8950
                                                                                       TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0312-2          User: admin              Page 2 of 2             Date Rcvd: Oct 13, 2017
                              Form ID: 132             Total Noticed: 42
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2017 at the address(es) listed below:
```
          Herbert B. Raymond     on behalf of Debtor Otis S Goulbourne bankruptcy123@comcast.net,
           jeff.raymond@comcast.net;raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@co
           mcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```