| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>_____<br>Raymond and Raymond<br>Attorneys at Law<br>7 Glenwood Avenue, 4TH Floor<br>East Orange, New Jersey 07017<br>Phone: (973) 675-5622; Fax: (408) 519-6711<br>Email: bankruptcy123@comcast.net | **Order Filed on January 30, 2018**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |

| | | |
|---|---|---|
| In Re:<br><br>OTIS GOULBOURNE,<br><br>DEBTOR | Case No.:<br>Chapter:<br>Judge: | 17-29393<br>13<br>RG |

**ORDER RESPECTING REQUEST FOR EXTENSION**
**OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 30, 2018**

_Rosemary Gambardella_
Honorable Rosemary Gambardella
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____11/1/17_____ :

Property:    660 Mill Street, Belleville, NJ

Creditor:    Midland Mortgage Company

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by _____DEBTOR_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____6/8/18_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2