Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−29393−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Otis S Goulbourne
   660 Mill Street
   Belleville, NJ 07109

Social Security No.:
   xxx−xx−2310

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Rosemary Gambardella on:

Date:       6/19/18
Time:       10:00 AM
Location:   Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Herbert B. Raymond, Debtor's Attorney,

COMMISSION OR FEES
period: 11/1/2017 to 5/24/2018 fee:$1650.00,

EXPENSES
$40.00

Creditors may be heard before the applications are determined.

   In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: June 6, 2018
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-29393-RG
Otis S Goulbourne                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin            Page 1 of 2          Date Rcvd: Jun 06, 2018
                          Form ID: 137           Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 08, 2018.
```
db             +Otis S Goulbourne,    660 Mill Street,    Belleville, NJ 07109-1353
517135701      +Affinity Federal Credit Union,    c/o Peter J. Liska, LLC,    766 Shrewsbury Ave.,
                 Tinton Falls, NJ 07724-3001
517084791      +Affinity Federal Credit Union,    2 Crossroads Drive, PO Box 750,    Bedminister, NJ 07921-1562
517084794      +Belleville Township,    152 Washington Avenue,    Belleville, NJ 07109-2589
517084800      +CitiMortgage,    PO Box 790001,    Saint Louis, MO 63179-0001
517084801      +Citimortgage,    PO Box 183040,    Columbus, OH 43218-3040
517084802       Citimortgage,    100 Technology Drive,    O Fallon, MO 63368
517084804      +Citimortgage Inc,    P0 Box 9438,    Gaithersburg, MD 20898-9438
517084803       Citimortgage Inc,    Attn: Bankruptcy,    P0 Box 6423,    Sioux Falls, SD 57117
517126432      +Granite State Management & Resources,    PO Box 3420,    Concord, NH 03302-3420
517084807      +KML Law Group,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
517084808      +KML Law Group PC,    216 Hadden Avenue,    Suite 406,    Westmont, NJ 08108-2812
517179619      +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
517084811      +Midfirst Bank,    999 North West Grand Blvd.,    Oklahoma City, OK 73118-6051
517084810      +Midfirst Bank,    PO Box 268950,    Oklahoma City, OK 73126-8950
517084814      +Midland Mortgage Company,    999 Nw Grand Blvd,    Oklahoma City, OK 73118-6051
517084813      +Midland Mortgage Company,    Attn: Customer Service,    P0 Box 26648,
                 Oklahoma City, OK 73126-0648
517084815       Midland Mortgage Inc LLC,    PO Box 26648,    Oklahoma City, OK 73126-0648
517084816       Midland Mortgage Inc.,    PO Box 268888,    Oklahoma City, OK 73126-8888
517084817      +Midland Mortgage LLC,    PO Box 18187,    Oklahoma City, OK 73154-0187
517084818      +New Hampshire Higher Education,    Attn: Bnakruptcy,    4 Barrell Court,    Concord, NH 03301-8543
517084819      +New Hampshire Higher Education,    P0 Box 3420,    Concord, NH 03302-3420
517084823       PSEG,    P0 Box 14106,    New Brunswick, NJ 08906
517084820       PSEG,    P0 Box 14104,    New Brunswick, NJ 08906-4104
517084829      +Township of Belleville,    152 Washington Avenue,    Belleville, NJ 07109-2589
517084828      +Township of Belleville,    Attn: water / sewer department,    152 Washington Avenue,
                 Belleville, NJ 07109-2589
517113940      +U.S Department of HUD,    451 7th Street SW,    Washington, DC 20410-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 07 2018 00:35:55      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 07 2018 00:35:52      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517084789      +E-mail/Text: bankruptcycare@affinityfcu.com Jun 07 2018 00:35:06      Affinity Fcu,
                 73 Mountainview Blvd,    Basking Ridge, NJ 07920-2332
517084792      +E-mail/Text: bankruptcycare@affinityfcu.com Jun 07 2018 00:35:06
                 Affinity Federal Credit Union,    PO Box 621,    Basking Ridge, NJ 07920-0621
517084793      +E-mail/Text: bankruptcycare@affinityfcu.com Jun 07 2018 00:35:06
                 Affinity Federal Credit Union,    73 Mountain View Boulevard,    Basking Ridge, NJ 07920-2332
517084790      +E-mail/Text: bankruptcycare@affinityfcu.com Jun 07 2018 00:35:06
                 Affinity Federal Credit Union,    73 Mountainview Blvd,    Basking Ridge, NJ 07920-2332
517084796       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 07 2018 00:32:38      Capital One,
                 15000 Capital One Dr,    Richmond, VA 23238
517084798       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 07 2018 00:31:34      Capital One,
                 PO Box 85015,    Richmond, VA 23285-5015
517084799      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 07 2018 00:31:34      Capital One,
                 PO Box 85147,    Richmond, VA 23276-0001
517084797      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 07 2018 00:31:34      Capital One,
                 PO Box 85617,    Richmond, VA 23285-5617
517084795      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 07 2018 00:30:38      Capital One,
                 Attn: Bankruptcy,    P0 Box 30253,    Salt Lake City, UT 84130-0253
517084806      +E-mail/PDF: creditonebknotifications@resurgent.com Jun 07 2018 00:30:42      Credit One Bank Na,
                 Po Box 98872,    Las Vegas, NV 89193-8872
517084805      +E-mail/PDF: creditonebknotifications@resurgent.com Jun 07 2018 00:30:39      Credit One Bank Na,
                 P0 Box 98873,    Las Vegas, NV 89193-8873
517168519       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 07 2018 00:48:55
                 Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.A.,    POB 41067,
                 Norfolk VA 23541
517084822      +E-mail/Text: bankruptcy@pseg.com Jun 07 2018 00:34:37      PSEG,    PO Box 490,
                 Cranford, NJ 07016-0490
517084821       E-mail/Text: bankruptcy@pseg.com Jun 07 2018 00:34:37      PSEG,    PO Box 790,
                 Cranford, NJ 07016-0790
517084824      +E-mail/PDF: gecsedi@recoverycorp.com Jun 07 2018 00:30:33      Synchrony Bank,
                 Attn: Bankruptcy,    P0 Box 965060,    Orlando, FL 32896-5060
517084827      +E-mail/PDF: gecsedi@recoverycorp.com Jun 07 2018 00:31:34      Synchrony Bank,    PO Box 960013,
                 Orlando, FL 32896-0013
517084826      +E-mail/PDF: gecsedi@recoverycorp.com Jun 07 2018 00:31:28      Synchrony Bank,    PO Box 965013,
                 Orlando, FL 32896-5013
517084825      +E-mail/PDF: gecsedi@recoverycorp.com Jun 07 2018 00:32:26      Synchrony Bank,    P0 Box 965005,
                 Orlando, FL 32896-5005
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Jun 06, 2018
                              Form ID: 137             Total Noticed: 47
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
                                                                                                  TOTAL: 20
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517084809*     +KML Law Group PC,    216 Hadden Avenue,    Suite 406,    Westmont, NJ 08108-2812
517084812*     +Midfirst Bank,    PO Box 268950,    Oklahoma City, OK 73126-8950
                                                                                      TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 24, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Herbert B. Raymond    on behalf of Debtor Otis S Goulbourne bankruptcy123@comcast.net,
               jeff.raymond@comcast.net;raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@co
               mcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                   TOTAL: 5
```