Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                  Case No.:  17−29393−RG
                                  Chapter:  13
                                  Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Otis S Goulbourne
   660 Mill Street
   Belleville, NJ 07109

Social Security No.:
   xxx−xx−2310

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/24/18.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: October 26, 2018
JAN: slm

                                                                                Jeanne Naughton
                                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Otis S Goulbourne
    Debtor

Case No. 17-29393-RG
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 2    Date Rcvd: Oct 26, 2018
                      Form ID: 148    Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2018.
```
db              +Otis S Goulbourne,    660 Mill Street,    Belleville, NJ 07109-1353
517135701       +Affinity Federal Credit Union,    c/o Peter J. Liska, LLC,    766 Shrewsbury Ave.,
                  Tinton Falls, NJ 07724-3001
517084791       +Affinity Federal Credit Union,    2 Crossroads Drive, PO Box 750,    Bedminister, NJ 07921-1562
517084794       +Belleville Township,    152 Washington Avenue,    Belleville, NJ 07109-2589
517084802        Citimortgage,    100 Technology Drive,    O Fallon, MO 63368
517084803        Citimortgage Inc,    Attn: Bankruptcy,    P0 Box 6423,    Sioux Falls, SD 57117
517126432       +Granite State Management & Resources,    PO Box 3420,    Concord, NH 03302-3420
517084807       +KML Law Group,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
517084808       +KML Law Group PC,    216 Hadden Avenue,    Suite 406,    Westmont, NJ 08108-2812
517179619       +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
517084811       +Midfirst Bank,    999 North West Grand Blvd.,    Oklahoma City, OK 73118-6051
517084810       +Midfirst Bank,    PO Box 268950,    Oklahoma City, OK 73126-8950
517084814       +Midland Mortgage Company,    999 Nw Grand Blvd,    Oklahoma City, OK 73118-6051
517084813       +Midland Mortgage Company,    Attn: Customer Service,    P0 Box 26648,
                  Oklahoma City, OK 73126-0648
517084815        Midland Mortgage Inc LLC,    PO Box 26648,    Oklahoma City, OK 73126-0648
517084816        Midland Mortgage Inc.,    PO Box 268888,    Oklahoma City, OK 73126-8888
517084817       +Midland Mortgage LLC,    PO Box 18187,    Oklahoma City, OK 73154-0187
517084818       +New Hampshire Higher Education,    Attn: Bnakruptcy,    4 Barrell Court,    Concord, NH 03301-8543
517084819       +New Hampshire Higher Education,    P0 Box 3420,    Concord, NH 03302-3420
517084820        PSEG,    PO Box 14104,    New Brunswick, NJ 08906-4104
517084823        PSEG,    P0 Box 14106,    New Brunswick, NJ 08906
517084829       +Township of Belleville,    152 Washington Avenue,    Belleville, NJ 07109-2589
517084828       +Township of Belleville,    Attn: water / sewer department,    152 Washington Avenue,
                  Belleville, NJ 07109-2589
517113940       +U.S Department of HUD,    451 7th Street SW,    Washington, DC 20410-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Oct 27 2018 00:22:57      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 27 2018 00:22:53      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
517084789       +E-mail/Text: bankruptcycare@affinityfcu.com Oct 27 2018 00:22:28      Affinity Fcu,
                  73 Mountainview Blvd,    Basking Ridge, NJ 07920-2332
517084792       +E-mail/Text: bankruptcycare@affinityfcu.com Oct 27 2018 00:22:28
                  Affinity Federal Credit Union,    PO Box 621,    Basking Ridge, NJ 07920-0621
517084793       +E-mail/Text: bankruptcycare@affinityfcu.com Oct 27 2018 00:22:28
                  Affinity Federal Credit Union,    73 Mountain View Boulevard,    Basking Ridge, NJ 07920-2332
517084790       +E-mail/Text: bankruptcycare@affinityfcu.com Oct 27 2018 00:22:28
                  Affinity Federal Credit Union,    73 Mountainview Blvd,    Basking Ridge, NJ 07920-2332
517084796        EDI: CAPITALONE.COM Oct 27 2018 03:53:00      Capital One,    15000 Capital One Dr,
                  Richmond, VA 23238
517084798        EDI: CAPITALONE.COM Oct 27 2018 03:53:00      Capital One,    PO Box 85015,
                  Richmond, VA 23285-5015
517084799       +EDI: CAPITALONE.COM Oct 27 2018 03:53:00      Capital One,    PO Box 85147,
                  Richmond, VA 23276-0001
517084797       +EDI: CAPITALONE.COM Oct 27 2018 03:53:00      Capital One,    PO Box 85617,
                  Richmond, VA 23285-5617
517084795       +EDI: CAPITALONE.COM Oct 27 2018 03:53:00      Capital One,    Attn: Bankruptcy,    P0 Box 30253,
                  Salt Lake City, UT 84130-0253
517084800       +EDI: CIAC.COM Oct 27 2018 03:53:00      CitiMortgage,    PO Box 790001,
                  Saint Louis, MO 63179-0001
517084801       +EDI: CIAC.COM Oct 27 2018 03:53:00      Citimortgage,    PO Box 183040,    Columbus, OH 43218-3040
517084804       +EDI: CIAC.COM Oct 27 2018 03:53:00      Citimortgage Inc,    P0 Box 9438,
                  Gaithersburg, MD 20898-9438
517084806       +EDI: RCSFNBMARIN.COM Oct 27 2018 03:53:00      Credit One Bank Na,    Po Box 98872,
                  Las Vegas, NV 89193-8872
517084805       +EDI: RCSFNBMARIN.COM Oct 27 2018 03:53:00      Credit One Bank Na,    P0 Box 98873,
                  Las Vegas, NV 89193-8873
517168519        EDI: PRA.COM Oct 27 2018 03:53:00      Portfolio Recovery Associates, LLC,
                  c/o Capital One Bank, N.A.,    POB 41067,    Norfolk VA 23541
517084822       +E-mail/Text: bankruptcy@pseg.com Oct 27 2018 00:22:08      PSEG,    PO Box 490,
                  Cranford, NJ 07016-0490
517084821        E-mail/Text: bankruptcy@pseg.com Oct 27 2018 00:22:08      PSEG,    PO Box 790,
                  Cranford, NJ 07016-0790
517084824       +EDI: RMSC.COM Oct 27 2018 03:53:00      Synchrony Bank,    Attn: Bankruptcy,    P0 Box 965060,
                  Orlando, FL 32896-5060
517084827       +EDI: RMSC.COM Oct 27 2018 03:53:00      Synchrony Bank,    PO Box 960013,
                  Orlando, FL 32896-0013
517084826       +EDI: RMSC.COM Oct 27 2018 03:53:00      Synchrony Bank,    PO Box 965013,
                  Orlando, FL 32896-5013
```

```
District/off: 0312-2              User: admin               Page 2 of 2                  Date Rcvd: Oct 26, 2018
                                  Form ID: 148              Total Noticed: 47
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
517084825       +EDI: RMSC.COM Oct 27 2018 03:53:00      Synchrony Bank,    PO Box 965005,
                 Orlando, FL 32896-5005
                                                                                                 TOTAL: 23

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517084809*      +KML Law Group PC,    216 Hadden Avenue,   Suite 406,    Westmont, NJ 08108-2812
517084812*      +Midfirst Bank,   PO Box 268950,   Oklahoma City, OK 73126-8950
                                                                                            TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2018                                    Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2018 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Herbert B. Raymond    on behalf of Debtor Otis S Goulbourne bankruptcy123@comcast.net,
               jeff.raymond@comcast.net;raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@co
               mcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com
              Marie-Ann   Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5
```